IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WILLIAM G. SOHNGEN, ET AL, | ) | |
| | ) | |
| v. | ) | Civil Action No. 04 - 1407 |
| | ) | Judge Joy Flowers Conti |
| HOME DEPOT USA, INC, ET AL, | ) | Magistrate Judge Lenihan |
| | ) | |
| | ) | |

## ORDER

The above captioned case was assigned to Magistrate Judge Lisa Pupo Lenihan for all pretrial proceedings. These proceedings are now complete and the case is ready to be returned to the District Court Judge so that a final pretrial order might be entered and a trial date established. The parties, however, may consent to proceed to trial before this Magistrate Judge. Consenting may result in a more immediate trial date than if the case were returned to the District Court Judge. Therefore;

**IT IS ORDERED** this 11TH day of October, 2006, that if the parties wish to consent before this Magistrate Judge, they shall complete the attached form and file it with the Clerk of Court no later than October 31, 2006. The Court notes that **ALL** parties must consent before the document is filed.

**IT IS FURTHER ORDERED** that if any party **DOES NOT** wish to consent, the parties shall file a joint stipulation requesting the case be returned to the District Judge no later than October 31, 2006. This stipulation **SHOULD NOT** indicate which parties wished to consent and which did not.

_____
Magistrate Judge Lisa Pupo Lenihan

cc: Counsel of record

⸺AO 85 (Rev. 8/98) Notice, Consent, and Order of Reference — Exercise of Jurisdiction by a United States Magistrate Judge

# UNITED STATES DISTRICT COURT

__WESTERN__  District of  __PENNSYLVANIA__

| | |
|---|---|
| WILLIAM G. SONGHEN, ET AL. | NOTICE, CONSENT, AND ORDER OF REFERENCE — EXERCISE OF JURISDICTION BY A UNITED STATES |
| V. | MAGISTRATE JUDGE |
| HOME DEPOT USA, INC., ET AL., | Case Number:  **CIVIL ACTION NO. 04-1407** |

## NOTICE OF AVAILABILITY OF A UNITED STATES MAGISTRATE JUDGE TO EXERCISE JURISDICTION

In accordance with the provisions of 28 U.S.C. §636(c), and Fed.R.Civ.P. 73, you are notified that a United States magistrate judge of this district court is available to conduct any or all proceedings in this case including a jury or nonjury trial, and to order the entry of a final judgment. Exercise of this jurisdiction by a magistrate judge is, however, permitted only if all parties voluntarily consent.

You may, without adverse substantive consequences, withhold your consent, but this will prevent the court's jurisdiction from being exercised by a magistrate judge. If any party withholds consent, the identity of the parties consenting or withholding consent will not be communicated to any magistrate judge or to the district judge to whom the case has been assigned.

An appeal from a judgment entered by a magistrate judge shall be taken directly to the United States court of appeals for this judicial circuit in the same manner as an appeal from any other judgment of this district court.

## CONSENT TO THE EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE

In accordance with provisions of 28 U.S.C. §636(c) and Fed.R.Civ.P. 73, the parties in this case consent to have a United States magistrate judge conduct any and all proceedings in this case, including the trial, order the entry of a final judgment, and conduct all post-judgment proceedings.

| Party Represented | Signatures | Date |
|---|---|---|
| | | |
| | | |
| | | |
| | | |

## ORDER OF REFERENCE

IT IS ORDERED that this case be referred to _____ United States Magistrate Judge, to conduct all proceedings and order the entry of judgment in accordance with 28 U.S.C. §636(c) and Fed.R.Civ.P. 73.

| Date | United States District Judge |
|---|---|

NOTE: RETURN THIS FORM TO THE CLERK OF THE COURT <u>ONLY IF</u> ALL PARTIES HAVE CONSENTED <u>ON THIS FORM</u> TO THE EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE.